No. 83–943. AMERICAN TRUCKING ASSNS., INC., ET AL. *v.* UNITED STATES ET AL.;

No. 83–1030. RYDER/PIE NATIONWIDE, INC. *v.* UNITED STATES ET AL.; and

No. 83–1119. NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS *v.* UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied. Reported below: 716 F. 2d 1369.

No. 83–946. KEENE ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–954. CONFERENCE OF STATE BANK SUPERVISORS ET AL. *v.* CONOVER, COMPTROLLER OF THE CURRENCY OF THE UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 83–1000. J. D. COURT, INC. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 83–1014. BLUMENTHAL *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 83–1090. PAINTERS & DECORATORS JOINT COMMITTEE EAST BAY COUNTIES, INC. *v.* PAINTING & DECORATING CONTRACTORS ASSOCIATION OF SACRAMENTO, INC. C. A. 9th Cir. Certiorari denied.

No. 83–1091. CAPACI *v.* KATZ & BESTHOFF, INC., ET AL.; and

No. 83–1094. KATZ & BESTHOFF, INC. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 711 F. 2d 647.

No. 83–1121. GRAY *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 83–1134. LURCH *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 83–1209. ANGORA ENTERPRISES, INC., ET AL. *v.* COLE ET AL. Sup. Ct. Fla. Certiorari denied.